Evan J. Smith, Esquire (SBN 242352)
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Ramon Pizarro*

Scott Ferrell
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Telephone:  (949) 706-6464
Facsimile:   (949) 706-6469

*Attorneys for CubeSmart L.P.*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PIZARRO, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CUBESMART,<br><br>　　　　　　Defendant. | CASE NO.: 2:14-cv-06846-FMO(PLAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　Upon consideration of the parties' stipulation, it is hereby ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff Ramon Pizarro's individual claims and without prejudice to any absent class member's claims.

Dated: September 19, 2014　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT